■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN KERCADO, Appellant.—Judgment, Supreme Court, New York County, rendered on November 12, 1975, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Silverman, J. P., Fein, Lane, Markewich and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TED C. FINA, Appellant.—Judgment, Supreme Court, Bronx County, rendered on August 17, 1977, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Lupiano, J. P., Birns, Evans and Sandler, JJ.

■ In the Matter of RONALD CARRITUE et al., Appellants, v ABRAHAM D. BEAME, as Mayor of the City of New York, et al., Respondents, and UNITED STATES DEPARTMENT OF LABOR, Intervenor.—Judgment, Supreme Court, New York County, entered on January 20, 1977, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term, without costs and without disbursements. Concur—Birns, J. P., Fein, Markewich and Sullivan, JJ. [90 Misc 2d 504.]